# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 06-4004/07-1177

_____

Dim Njaka,                                          *
                                                    *
              Appellant,                            *
                                                    *   Appeals from the United States
       v.                                           *   District Court for the
                                                    *   District of Minnesota.
John E. Potter, Postmaster General,                 *
United States Postal Service,                       *   [UNPUBLISHED]
                                                    *
              Appellee.                             *

_____

Submitted: June 10, 2008
Filed: June 13, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

        In these consolidated appeals, Dim Njaka appeals the district court's[1] dismissal of his employment-discrimination action and the court's denial of his motion for reconsideration. Having carefully reviewed the parties' arguments and the submissions on appeal, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. The pending motions are denied.

_____

        [1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.